# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DIONTE J. NOWELS,

    Plaintiff,

v.                                               Case No. 2:24-cv-00754-BHL

MARY MOORE,                    **MOTION TO WITHDRAW**
                                                 **AS ATTORNEY**

    Defendant.

The Plaintiff's attorney, Lonnie D. Story of STORY LAW FIRM, LLC, hereby moves to withdraw as attorney for the Plaintiff and offers the following in support thereof:

    1.     Counsel filed a Limited Notice of Appearance for mediation purposes only on November 6, 2024.

    2.     Mediation has now concluded in Case Number 2:21-cv-00089-SCD and the above-referenced case was not resolved within those proceedings.

    3.     My withdrawal can be accomplished without material adverse effect on the interests of the Plaintiff.

    Therefore, based on the above, I hereby ask the Court to allow me to withdraw as attorney of record for the above-named defendant, effective immediately.

                                                  RESPECTFULLY SUBMITTED,

Dated January 3, 2025.

                                                    /s/ *Lonnie D. Story*
                                                    Lonnie D. Story, Esquire
[Electronically Signed]                Attorney for Plaintiff
                                                    STORY LAW FIRM, LLC
                                                    Wis. Bar #1121459
                                                  **\*MAIN OFFICE\***
                                                    732 N. Halifax Avenue, #301
                                                    Daytona Beach, Florida 32118
                                                    (386) 492-5540
                                                    lstorylaw@gmail.com